# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00088-CV

**Bomax Contractors, LLC, Appellant**

**v.**

**Westport Group, Inc., Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-11-005606, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Appellant Bomax Contractors, LLC has filed a motion requesting that this appeal be dismissed. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the appeal.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed:   June 21, 2012